O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA A. IBARRA, IN PRO PER,<br><br>              Plaintiff,<br><br>    v.<br><br>ONEWEST BANK FSB, et al.,<br><br>              Defendants. | Case No. EDCV 10-00319 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant OneWest Bank FSB is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 21, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge